UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ZACHARIAH KELLY,

      Plaintiff,

      v.

NANCY A. BERRYHILL,
Acting Commissioner
Social Security Administration

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:17-cv-00551-SI

ORDER AWARDING ATTORNEY
FEES PER 28 USC 2412(d)

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28

U.S.C. § 2412 and in response to Plaintiff's motion, an attorney fee in the amount of

$823.20 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to

Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies

for offset against the awarded fees, pursuant to the Treasury Offset Program as

discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then

the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to

Plaintiff's attorney's mailing address at: 825 NE 20th Ave., Ste 330, Portland OR 97232.

If Plaintiff has such debt, then the check for any remaining funds after offset of

the debt shall be made payable to Plaintiff's attorney and mailed to Plaintiff's attorney's

mailing address stated above.

IT IS SO ORDERED: _September 5,_____, 2018.


_/s/ Michael H. Simon_____
UNITED STATES DISTRICT JUDGE

Proposed Order submitted:                    Date:   August 31, 2018


_____

George J. Wall, OSB #934515
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Zachariah Kelly